Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>     Plaintiff,              )<br>                              )<br>     v.                       )<br>                              )<br>INDERJIT PUREWAL,            )<br>                              )<br>     Defendant.               )<br>_____) | NO. CR09-0289RSM<br><br>ORDER |

THIS MATTER having come before the Court on the Defendant's Motion to Withdraw Plea of Guilty, and the Court having considered the motion, the Government's Response in support of Defendant's motion, and the entirety of the records and files herein, the Court finds and rules as follows:

1. Based on the facts set forth in the Defendant's motion and supported by the Government's Response, the Court finds that there was mutual mistake of fact between the parties regarding the Defendant's prior criminal history.

2. The Court finds that the ends of justice will be served by allowing the Defendant to withdraw his plea of guilty in this case.

THEREFORE, THE COURT FINDS THAT:

1. Pursuant to Title 18, United States Code, Section 3161(I), the Defendant is deemed indicted with respect to all charge contained in the Indictment on the day this order permitting withdrawal of the plea becomes final.

ORDER SETTING ASIDE GUILTY PLEA/PUREWAL
CR09-0289/RSM

THEREFORE, THE COURT ORDERS THAT:

1. The trial date shall be November 29, 2010.

2. The pre-trial motions deadline shall be October 20, 2010.

IT IS SO ORDERED.

DATED this 29 day of September 2010.

                                  RICARDO S. MARTINEZ
                                  UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Nicholas Brown*
NICHOLAS W. BROWN
Assistant United States Attorney

ORDER SETTING ASIDE GUILTY PLEA/PUREWAL
CR09-0289/RSM